

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2018

No. 04-18-00346-CV

**POINT DEDICATED SERVICES, LLC**,
Appellant

v.

Ramon **MORENO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 17-10-34832-MCV
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on July 5, 2018. On June 18, 2018, appellant filed an unopposed motion requesting an extension of time to file its brief until July 27, 2018. The motion is GRANTED. The appellant's brief must be filed by July 27, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2018.

KEITH E. HOTTLE,
Clerk of Court